IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CINTAS CORPORATION, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| v. | ) | Case No. 2:20-cv-160 |
| | ) | |
| JUPITER ALUMINUM CORPORATION, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**FIRST AGREED MOTION TO EXTEND DEADLINE
FOR COMPLETION OF DISCOVERY**

NOW COMES Plaintiff/Counter-Defendant, Cintas Corporation, by its attorneys, Johnson & Bell, Ltd., and respectfully moves the Court to extend the current deadlines established by the Parties' Report of Planning Meeting. In support of this Motion, the Plaintiff/Counter-Defendant states as follows:

1. On May 19, 2020, the parties filed their Report of the Parties' Planning Meeting [DE 18] proposing a February 19, 2021 deadline for completion of fact witness depositions, subject to substantial completion of written discovery and production of documents.

2. Following a May 27, 2020 Telephonic Rule 16 Preliminary Conference, the Court adopted the Report of the Parties' Planning Meeting and set a deadline of February 19, 2021 for completion of fact witness depositions [DE 21].

3. Written discovery and production of documents is not complete.

4. Due to the status of written discovery and the COVID-19 pandemic, the parties have not yet begun taking depositions.

5. The parties require additional time to conduct fact discovery and fact witness depositions, and to try to reach agreement on an appropriate ESI protocol.

6. Finally, concurrently with the filing of this motion, Cintas is filing a Substitution of Attorneys whereby Kevin G. Owens of Johnson & Bell, Ltd. will be substituting his appearance as and for that of David Beach and Ryan Cook of Eichorn & Eichorn as counsel for Cintas. This substitution is being made for purposes of economy of resources insofar as Mr. Owens and Johnson & Bell, Ltd. presently represent Cintas in another matter before this Court, *Krask v. Cintas Corporation, et al.,* Case No.: 20-cv-0087 JTM-JPK, in which Jupiter is peripherally involved as the employer of the plaintiff in said case.

7. Counsel for Cintas has conferred with counsel for Jupiter Aluminum, who agrees with the relief sought herein.

WHEREFORE, Plaintiff/Counter-Defendant, Cintas Corporation, respectfully requests the Court to extend the deadline for completion of fact witness depositions to and including August 19, 2021, and for corresponding extensions of the other deadlines previously established by the Court's order adopting the Parties Report of Planning Meeting [DE 21].

Respectfully submitted,

Cintas Corporation

By:    /s/ Kevin G. Owens
One of its attorneys

Kevin G. Owens
Johnson & Bell, Ltd.
33 West Monroe Street - Suite 2700
Chicago, Illinois 60603
(312) 372-0770

## **PROOF OF SERVICE**

      The undersigned, an attorney, on oath states that he filed the above Answer and Affirmative Defenses and effected service of same on all parties of record via Northern District of Indiana - CM/ECF LIVE, Ver 6.3.3 - Document Filing System on this 2nd day of February, 2021.

      /s/ Kevin G. Owens
      [X] Under penalties as provided by law pursuant to ILL.REV.STAT.CHAP. 110 §1-109, I certify that the statements set forth herein are true and correct.

3