UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CINTAS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:20CV160-PPS |
| | ) | |
| JUPITER ALUMINUM CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties' joint Stipulation to Dismiss [DE 58] is SO ORDERED. This action, including all claims and counterclaims, is DISMISSED WITH PREJUDICE, each party to bear its own attorney's fees and costs.

By the stipulated dismissal, the case is CLOSED.

**SO ORDERED**.

ENTERED:  October 4, 2022.

    /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT